**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

                                                              **CASE NO.:  20-23836-BKC-RAM**
                                                              PROCEEDING UNDER CHAPTER 13

**IN RE:**

DANIEL BORBON

DEBTOR_____/

              **NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

   **YOU ARE HEREBY NOTIFIED** that the DEBTOR Motion to Modify Confirmed Plan has been continued to **November 09, 2021** at **9:00 AM.** The hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website. To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing. To participate, click on the following link or manually enter the following link in a browser:
https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 22nd day of October, 2021.

                                            */s/ Nancy K. Neidich*_____
                                             NANCY K. NEIDICH, ESQUIRE
                                             STANDING CHAPTER 13 TRUSTEE
                                             P.O. BOX 279806
                                             MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
CASE NO.:  20-23836-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
DANIEL BORBON
10022 SW 162 CT
MIAMI, FL  33196

**ATTORNEY FOR DEBTOR**
SAMIR MASRI, ESQUIRE
901 PONCE DE LEON BLVD
SUITE 101
CORAL GABLES, FL  33134

**SAMIR MASRI, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.